## Gussie HONEAKER v. STATE.
### No. 16414.

Court of Criminal Appeals of Texas.
Oct. 18, 1933.

Louis T. Holland, of Montague, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is burglary; the punishment, confinement in the penitentiary for two years.

Upon the written request of appellant, duly verified by his affidavit, the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## George HUBBARD v. STATE.
### No. 16168.

Court of Criminal Appeals of Texas.
Oct. 11, 1933.

O. R. Burch and C. H. Rigsby, both of Liberty, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The offense is robbery; the punishment, confinement in the penitentiary for fifty years.

Affidavit in proper form has been filed by appellant asking this court to dismiss his appeal.

The motion is granted, and the appeal dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## Alfred LAM v. STATE.
### No. 16188.

Court of Criminal Appeals of Texas.
Oct. 25, 1933.

W. E. Martin, of Abilene, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for burglary; punishment, two years in the penitentiary.

The record contains neither statement of facts nor bills of exception. The indictment, the charge of the court, the judgment, and sentence appear regular.

The judgment will be affirmed.

## Thomas Sidney LANGHAM v. STATE.
### No. 16218.

Court of Criminal Appeals of Texas.
Oct. 11, 1933.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for burglary; punishment, two years in the penitentiary.

Appellant has filed his affidavit advising this court that he desires to withdraw his appeal and does not wish further to prosecute the same.

In compliance with his request, the appeal is ordered dismissed.